154 A.3d 709

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CESAR MUNGIA, DEFENDANT, AND U.S. SPECIALTY INSURANCE COMPANY, SURETY–PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–974/975/976–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 709

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROSELYN D. KORNEGAY, DEFENDANT– PETITIONER.

October 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002580–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.